# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| MELISSA SPURLIN, : | |
| : | CIVIL ACTION |
| : | NO. 5:24-cv-00079-TES |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| REALPAGE, INC. d/b/a : | |
| LEASING DESK : | |
| : | |
| Defendant. : | |

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, Melissa Spurlin ("Plaintiff"), by counsel, hereby notifies that Court that the parties have reached a settlement agreement and intend to file a stipulation of dismissal upon completion of the settlement paperwork.

This 6th day of May, 2024.

                                                   **LOVE CONSUMER LAW**

                                                   */s/ John A. Love*
                                                   Ga Bar No. 459155
                                                   Attorney for Plaintiff
                                                   2500 Northwinds Parkway
                                                   Suite 330
                                                   Alpharetta, GA  30009
                                                   (tel.) 404.855.3600
                                                   tlove@loveconsumerlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this day caused a copy of the foregoing document to be filed via the Court's electronic filing system which will cause a copy to be served upon all counsel of record.

      This 6th day of May, 2024.

*/s/John A. Love*
John A. Love
