## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| MELISSA SPURLIN, | : |
| | : CIVIL ACTION |
| | : NO. 5:24-CV-00079 |
| Plaintiff, | : |
| | : **JURY TRIAL DEMANDED** |
| v. | : |
| | : |
| REALPAGE, INC. d/b/a | : |
| LEASING DESK, | : |
| | : |
| Defendant. | : |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereto, by counsel and pursuant to Fed.R.Civ.P.41(a)(1)(A)(ii), jointly stipulate to the dismissal of this case with prejudice with each party to bear its own attorney's fees and costs.

This 23rd day of May, 2024.

        **LOVE CONSUMER LAW**

        */s/ John A. Love*
        John A. Love
        Ga Bar No. 459155
        2500 Northwinds Parkway
        Suite 330
        Alpharetta, GA  30009
        (tel.) 404.855.3600
        (fax) 404.301.2300
        tlove@loveconsumerlaw.com

2

*/s/ Paul L. Myers*
Paul L. Myers
pmyers@qslwm.com
Georgia Bar No. 767391
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
6900 North Dallas Parkway, Suite 800
Plano, TX 75024
(214) 560-5452
(214) 871-2111 Fax
***Counsel for RealPage, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused a copy of the foregoing document to be filed via the Court's electronic filing system which will cause a copy to be served upon all counsel of record.

This 23rd day of May, 2024.

>  */s/John A. Love*
>  John A. Love
>  Counsel for Plaintiff